NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RICKY WILLIAMS,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3200

---

Petition for review of the Merit Systems Protection Board in case no. AT0752100284-B-1.

---

**ON MOTION**

---

**ORDER**

Ricky Williams moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Ricky Williams
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 1 2012

JAN HORBALY
CLERK